IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ENELIDA GONZALEZ-CUBA,<br><br>    Plaintiff,<br><br>        vs.<br><br>DEPARTMENT OF VETERAN AFFAIRS,<br><br>    Defendant. | CIVIL NO. 05-1901 (JP) |

**FINAL JUDGMENT**

The Court has before it the parties' "Stipulation for Compromise Settlement" (No. 72) wherein the parties inform the Court that they have settled this case and the terms thereof.

Pursuant thereto the Court enters Judgment for the plaintiff to have and recover from the defendant the sum of **fifty-five thousand dollars and no cents ($55,000.00)** to be paid in the manner set forth in the "Stipulation for Compromise Settlement" (No. 72).

The "Stipulation for Compromise Settlement" (No. 72) is incorporated into this Judgment.

This Judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 9th day of August, 2006.

                                    S/ Jaime Pieras, Jr.
                                      JAIME PIERAS, JR.
                                U.S. SENIOR DISTRICT JUDGE